1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Roberto Amaya-Alcantar

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE ANTHONY J. BATTAGLIA)**

11 UNITED STATES OF AMERICA,               )    Case No. 07MJ2779
                                           )
12              Plaintiff,                  )
                                           )
13 v.                                       )    **CERTIFICATE OF SERVICE**
                                           )
14 ROBERTO AMAYA-ALCANTAR,                  )
                                           )
15              Defendant.                  )
   _____  )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov
20

21                            Respectfully submitted,

22

23 DATED:       December 4, 2007              /s/ Carey D. Gorden
                                            **CAREY D. GORDEN**
24                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Roberto Amaya-Alcantar
25

26

27

28