30

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

DEC 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (illegible)            DEPUTY

UNITED STATES OF AMERICA                 **WAIVER OF INDICTMENT**

v.

ROBERTO AMAYA-ALCANTAR          CASE NUMBER: 07 cR 3459-DMS

I, ROBERTO AMAYA-ALCANTAR, the above named defendant, who is accused of

committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___12/27/07___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _Roberto Amaya A_
**Defendant**

_Cary Gou_
**Counsel for Defendant**

Before _____
JUDICIAL OFFICER